**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MORGAN HOWARTH,

                    Plaintiff,                                18 **CIVIL** 7047 (JPO)

         -against-                                    **JUDGMENT**

FORM BIB, LLC,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2020, Magistrate Judge Netburn's well-reasoned Report present no such errors and is therefore fully adopted by this Court. Accordingly, damages and fees are awarded as calculated in the Report:  Howarth is awarded (i) statutory damages under the Copyright Act in the amount of $50,310; and (ii) attorneys' fees and costs in the amount of $6,350, and this case is closed.

**Dated:**  New York, New York
            June 24, 2020

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                      **Clerk of Court**
                                                    **BY:**
                                                                      **Deputy Clerk**